UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL FRANK SCHOWACHERT, | Case No. 1:21-cv-00927-HBK |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| BILL POLLEY, *Jail Commander*, *Tuolumne County Jail*, | (Doc. No. 2) |
| Defendant. | ORDER TO SUBMIT COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN THIRTY (30) DAYS |

Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983. (Doc. No. 1). Concurrent with the complaint, Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2). However, the application to proceed *in forma pauperis* is deficient because most sections are incomplete, and Plaintiff failed to sign the it lacks Plaintiff's original signature. (*Id.*). Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 131(b); Fed. R. Civ. P. 11(a).

Accordingly, it is ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without

prejudice.

2. Within thirty (30) days of the date of service of this order, Plaintiff shall fully complete, sign and re-submit the enclosed application to proceed in forma pauperis, with Plaintiff's original signature, or in the alternative, pay the $402.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action**.

3. The Clerk of Court is directed to provide Plaintiff a copy of the court's *in forma pauperis* application.

IT IS SO ORDERED.

Dated:   June 15, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE