UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL FRANK SCHOWACHERT, | Case No. 1:21-cv-00927-HBK |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | FOURTEEN-DAY RESPONSE PERIOD |
| BILL POLLEY, *Jail Commander; Tuolumne County Jail*, | |
| Defendant. | |

Plaintiff John Paul Frank Schowachert, a state prisoner, initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on June 7, 2021.  (Doc. No. 1).  Plaintiff concurrently moved to proceed *in forma pauperis* ("IFP").  (Doc. No. 2).  The Court denied that motion without prejudice on June 15, 2021 because Plaintiff's application was incomplete and unsigned.  (Doc. No. 6).  Plaintiff was provided 30 days to either re-submit a signed and completed IFP application or pay the $402.00 filing fee.  (*Id.* at 2).  The Court cautioned that failure to timely do so would result in this matter's dismissal.  (*Id*.).  As of the date of this Order, Plaintiff has neither paid the filing fee nor filed a new application to proceed *in forma pauperis*.

Federal Rule of Civil Procedure 41(b) permits courts to involuntarily dismiss an action when a litigant fails to prosecute an action or fails to comply with a court order.  *See* Fed. R. Civ. P. 41(b); *see Applied Underwriters v. Lichtenegger*, 913 F.3d 884, 889 (9th Cir. 2019) (citations

omitted); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) *sua sponte*, at least under certain circumstances."). Local Rule 110 similarly permits courts to impose sanctions on a party who fails to comply with a court order.

Accordingly, it is hereby **ORDERED**:

Within **fourteen (14) days** from receipt of this Order, Plaintiff shall comply with the Court's previous June 15. 2021 Order, or show cause why the Court should not recommend that this case be dismissed without prejudice for Plaintiff's failure to prosecute this action and/or his failure to timely comply with the Court's June 15, 2021 Order.

Dated:    July 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE