UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL FRANK SCHOWACHERT,<br><br>Plaintiff,<br><br>v.<br><br>BILL POLLEY, *Jail Commander, Tuolumne County Jail*,<br><br>Defendant. | No. 1:21-cv-00927-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 9) |

Plaintiff John Paul Frank Schowachert is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2021, the assigned magistrate judge denied plaintiff's motion to proceed *in forma pauperis* without prejudice, finding that plaintiff's application was incomplete and unsigned. (Doc. No. 6.) The magistrate judge provided plaintiff with thirty days to either re-submit a signed and completed application or pay the $402.00 filing fee. (*Id.* at 2.) The magistrate judge enclosed an application and cautioned plaintiff that his failure to timely comply with the court's order would result in the dismissal of this action. (*Id.*)

On July 29, 2021, after plaintiff's failure to respond to the prior order, the magistrate judge issued an order directing plaintiff to show cause why this case should not be dismissed due

to his failure to timely refile an *in forma pauperis* application. (Doc. No. 7.) That order provided plaintiff fourteen days to demonstrate why the court should not recommend this matter's dismissal without prejudice due to plaintiff's failure to prosecute this action and his failure to timely comply with the court's June 15, 2021 order. (*Id.* at 2.) The magistrate judge again warned plaintiff that his failure to timely respond to the order to show cause would result in a recommendation that this case be dismissed due to his failure to prosecute. (*Id.*)

When plaintiff did not respond to the order to show cause, on August 27, 2021, the magistrate judge issued findings and recommendations recommending that the court dismiss this action without prejudice for failure to prosecute. (Doc. No. 9.) The findings and recommendations were served on plaintiff and contained notice that any objections must be filed within fourteen days of service. (*Id.* at 2.) As of the date of this order, plaintiff has not paid the filing fee, submitted a signed and completed application to proceed *in forma pauperis*, responded to the order to show cause, or filed objections to the pending findings and recommendations, and the time to do so has lapsed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis. This case must be dismissed for plaintiff's failure to prosecute.

Accordingly,

1. The findings and recommendations issued on August 27, 2021 (Doc. No. 9) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __October 12, 2021__  	          /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE